IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Anthony Agpaoa – #189749

　　　　　　　　　　　　　　　　　　　　　/

No. C 12-80257 WHA

**ORDER OF SUSPENSION**

　　　　Because Anthony Agpaoa has failed to respond to the order to show cause, Mr. Agpaoa's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED.**

Dated: November 8, 2012.

　　　　　　　　　　　　　　　　　　　　　　
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE